**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRINITY REPERTORY COMPANY<br>Plaintiff | : | |
| vs. | : | Case No. CA 06 169S |
| J. DANIEL LUGOSCH, III, a/k/a<br>DANIEL J. LUGOSCH<br>Defendant | : | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant J. Daniel Lugosch, III ("Lugosch"), through his undersigned counsel, hereby removes this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and DRI LR 81 from the Superior Court, County of Providence, State of Rhode Island, to the United States District Court for the District of Rhode Island and respectfully states to this Court the following:

1. This case involves allegations relating to a conditional charitable pledge from Lugosch to Trinity Repertory Company ("Trinity").

2. Plaintiff Trinity seeks damages for its alleged reliance on the conditional pledge. It seeks recovery based on claims of breach of contract and breach of a promise to make a gift.

3. Plaintiff served process on Lugosch on March 13, 2006, and the case is currently pending in the Superior Court, County of Providence, State of Rhode Island, as case number PC06-1365.

4. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because (i) Lugosch has satisfied the

procedural requirements for removal, and (ii) this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## I. LUGOSCH HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5. Lugosch was served with a copy of Plaintiff's Complaint on March 13, 2006. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) (requiring filing of removal notice within 30 days of service of the complaint).

6. Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 120 (defining judicial district of Rhode Island).

7. No previous application has been made for the relief requested herein.

8. No proceedings have been held in the state court action other than the filing of the Complaint, the Stipulation extending the time of Lugosch to answer the Complaint, and the Notice of Removal.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been served on counsel for Plaintiff, and a copy is being filed with the Clerk for the Superior Court, Providence County.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Lugosch are attached hereto (attached as Exhibit A).

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332

11. Plaintiff alleges in its Complaint that it is a not-for-profit corporation organized under the laws of the State of Rhode Island with its principal place of business located at 201 Washington Street, Providence, RI 02903. *See* Complaint, ¶ 1.

Accordingly, Plaintiff is a citizen of the State of Rhode Island. *See* 28 U.S.C. § 1332(c)(1).

12. Defendant Lugosch is a resident of the State of Florida. *See* Complaint, ¶ 2. Lugosch is domiciled in, and therefore a citizen of, Florida. *See* 28 U.S.C. § 1332(a).

13. Complete diversity exists between Plaintiff and Lugosch.

14. It is apparent from the face of the Complaint that Plaintiff seeks recovery of an amount in excess of $75,000, exclusive of costs and interest. *See* Complaint, ¶¶ 3, 11.

15. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

WHEREFORE, defendant Lugosch respectfully removes this action from the Superior Court, County of Providence, State of Rhode Island, pursuant to 28 U.S.C. § 1441 and DRI LR 81

DATED: Providence, Rhode Island
April 11, 2006

Respectfully submitted,

DEFENDANT J. DANIEL LUGOSCH, III

By: ______________________

Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Removal was sent by first class mail, postage prepaid, on this 11th day of April, 2006 to:

John J. McConnell, Jr., Esq.
MOTLEY RICE, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940

Lugosch, Daniel\Trinity Rep\USDC RI\Notice of Removal 04-10-06.DOC