STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

TRINITY REPERTORY COMPANY )
*Plaintiff,* )
)
v. )
)
J. DANIEL LUGOSCH III. a/k/a Daniel J. Lugosch; )
*Defendant.* )

CIVIL ACTION No.: 06-1365

**COMPLAINT AND JURY DEMAND**

1. The Plaintiff, Trinity Repertory Company, is a not-for-profit corporation organized under the laws of the State of Rhode Island. Its principal place of business is located at 201 Washington Street, Providence, RI 02903.

2. The Defendant, J. Daniel Lugosch III, a/k/a Daniel J. Lugosch, upon information and belief is a resident of the State of Florida.

**COUNT ONE**
**(Breach of Contract)**

3. On or about October 4, 2004, the Defendant entered into a contract with the Plaintiff (attached as Exhibit A) and agreed to contribute the sum of one million dollars ($1,000,000) to the Plaintiff so that the Plaintiff could complete its capital project at 87 Empire St., Providence, R.I.

3/8/04

4. In consideration for the Defendant's payment of the $1,000,000 to the Plaintiff, the Plaintiff agreed, *inter alia*, to name the education center at the Pell Chafee Performance Center the "Lugosch Family Education Center," to memorialize this in permanent signage, and to publicize this fact to the public at large.

5. At the time the agreement was executed all signatories had the legal capacity to enter into such a contract.

6. The Plaintiff has fully performed its obligations under the contract.

7. The Defendant has refused to perform its obligation under the contract by failing to pay any of the money owed to the Plaintiff according to the contract.

8. The Defendant has breached its contract with the Plaintiff.

9. The Defendant knowingly and intentionally breached the contract and there is a complete absence of a justiciable issue of either law or fact by the Defendant.

**COUNT TWO**
**(Breach of Promise to Make Gift to Charitable Organization)**

10. The Plaintiff realleges and incorporates herein by reference all of the foregoing paragraphs of its complaint.

11. The Defendant's offer of a one million dollars ($1,000,000) payment to the Plaintiff was a promise to make a gift to a charitable organization.

16. In reasonable and justifiable reliance upon this written promise, the Plaintiff named the education center at the Pell Chafee Performance Center the "Lugosch Family Education Center," memorialized this fact in permanent signage, and publicized this fact to the public at large.

17. This detrimental reliance by the Plaintiff has resulted in injury for which the Defendant is liable.

**RELIEF REQUESTED**

WHEREFORE, the Plaintiff requests that this Honorable Court issue an order and judgment against Defendant as follows:

1. Judgment against the Defendant for one million dollars ($1,000,000) plus interest and costs;
2. Because there is a complete absence of a justiciable issue of either law or fact by the Defendant in support of this breach, the Plaintiff additionally requests an award of attorneys fees;
3. An order awarding Plaintiff such other and further relief as permitted by law or equity as necessary to assure that the Plaintiff has an effective remedy; and
4. Such other and further relief as this Honorable Court deems equitable, just, and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

PLAINTIFF,
TRINITY REPERTORY COMPANY

By and through its attorneys,

John J. McConnell Jr. (#3016)
**MOTLEY RICE LLC**
321 South Main Street
Post Office Box 6067
Providence, RI 02940-6067
(401) 457-7700
(401) 457-7708 FAX

Dated: 3/8/06