# EXHIBIT

# 'A'

**TRINITY REPERTORY COMPANY**

**Oskar Eustis**
*Artistic Director*

**Edgar Dobie**
*Managing Director*

**Eugene Lee**
*Resident Designer*

201 Washington St.
Providence, RI
02903-3297

Tel. (401) 521-1100
Fax (401) 521-0447
(401) 751-5877
www.trinityrep.com
info@trinityrep.com

October 4, 2004

Mr. Daniel J. Lugosch
Commonwealth Development Group, LLC
100 River Ridge Drive, Suite 306
Norwood, MA 02062

Dear Dan,

Jack and I were delighted to hear that you have made the decision to make a very significant gift to Trinity Repertory Company (Trinity Rep). I am writing now to confirm the details of our agreement regarding your $1,000,000 donation to Trinity Rep to help us complete our capital project at 87 Empire Street. A summary follows:

1. You have agreed to pledge $1,000,000 to Trinity Rep's capital campaign to complete the conversion and renovation of a property Trinity Rep owns at 87 Empire Street and which will be used for educational, performance, and community outreach purposes.

2. This pledge will be paid in ten equal installments of $100,000 each. You have agreed to make the first payment upon the establishment of the foundation or other entity you designate to make the payments. The next nine payments will be due annually on the anniversary date of the first payment.

3. Your generous gift will be acknowledged in the following manner:

   - Signage will be designed by Malcolm Grear for the Empire Street façade, which will include The Pell Chafee Performing Arts Center and Lugosch Education Center. The Pell, Chafee, and Lugosch names will be equal in terms of size, style, boldness, and prominence.

   - With your approval, a press release regarding the gift will be issued by Trinity Rep.

   - This significant gift will be recognized and you will be asked to be present and speak at the opening/dedication of the building.

   - Trinity Rep will issue a tax receipt for each $100,000 payment immediately upon receipt of the payment.

It remains for me, on behalf of all of us at Trinity Rep, to thank you, your family, and your partners at Commonwealth Development Group for your donation, which will help to create a real legacy for Downcity, Providence, and the State of Rhode Island.

If you are in agreement with the summary above, I would appreciate you so indicating by signing and returning one copy of this letter to me.

Sincerely yours,

Edgar Dobie
Managing Director

Daniel J. Lugosch       10/5/04
(Date)

ED/ej