**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRINITY REPERTORY COMPANY<br>Plaintiff | : | |
| vs. | : | Case No. 06-169S |
| J. DANIEL LUGOSCH, III, a/k/a<br>DANIEL J. LUGOSCH<br>Defendant | : | |

**ANSWER TO COMPLAINT**

Defendant J. Daniel Lugosch, III ("Lugosch") hereby answers the Complaint filed in this matter by Trinity Repertory Company ("Trinity") as follows:

1. Lugosch is without knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraph 1.

2. Lugosch admits that he is a resident of the State of Florida. To the extent not admitted, the allegations in paragraph 2 are denied.

**COUNT ONE**
**(Breach of Contract)**

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

## COUNT TWO
## (Breach of Promise to Make Gift to Charitable Organization)

10. Lugosch incorporates by reference paragraphs 1 through 9 herein.

11. Denied

12. Paragraph omitted by Trinity in its Complaint.

13. Paragraph omitted by Trinity in its Complaint.

14. Paragraph omitted by Trinity in its Complaint.

15. Paragraph omitted by Trinity in its Complaint.

16. Denied.

17. Denied.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The alleged agreement that is the subject of Trinity's breach of contract claim is unenforceable for lack of consideration.

### THIRD DEFENSE

Trinity has failed to mitigate its damages, if any.

### FOURTH DEFENSE

Trinity is barred from equitable relief by the doctrine of unclean hands.

### FIFTH DEFENSE

Trinity's claims for relief are barred by the doctrine of estoppel.

**SIXTH DEFENSE**

Trinity's claims for relief are barred by doctrine of waiver.

**SEVENTH DEFENSE**

The alleged agreement that is the subject of Trinity's claims is not enforceable because conditions precedent to Lugosch's performance was not satisfied.

**EIGHT DEFENSE**

Trinity never relied to its detriment on any alleged acts or omissions of Lugosch.

**NINTH DEFENSE**

Trinity did not reasonably rely on any alleged acts or omissions of Lugosch.

**TENTH DEFENSE**

Attorneys' fees are not recoverable by Trinity based upon the claims for relief alleged in the Complaint.

WHEREFORE, Lugosch requests that the Complaint be dismissed in its entirety, and that he be awarded his fees and costs and such other relief as the Court deems appropriate.

**DEFENDANT HEREBY DEMANDS A TRIAL BY JURY**

Respectfully submitted,

DEFENDANT J. DANIEL LUGOSCH, III

By: ______________________

Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax