**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TRINITY REPERTORY COMPANY :
Plaintiff :
:
vs. : Case No. 06-169S
:
J. DANIEL LUGOSCH, III, a/k/a :
DANIEL J. LUGOSCH :
Defendant :

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of all of the filings in the matter of Trinity Repertory Company v. J. Daniel Lugosch, III, a/k/a Daniel J. Lugosch, C.A. No. PC06-1365.

Respectfully submitted,

DEFENDANT J. DANIEL LUGOSCH, III

By: ______________________
Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

DATED: April 19th, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Local Rule 81(b) Statement was sent by first class mail, postage prepaid, on this 19th day of April, 2006 to:

John J. McConnell, Jr., Esq.
MOTLEY RICE, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940

H:\Clients\Lugosch, Daniel\Trinity Rep\USDC RI\Local Rule 81 Statement 04-10-06.DOC