UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Trinity Repertory Company, Plaintiff, | ) | |
| v. | ) | CA No. 06-169 |
| J. Daniel Lugosch III, a/k/a Daniel J. Lugosch, Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff will take the deposition to be recorded by sound-and-visual, and by stenographic means of the Defendant, J. Daniel Lugosch, before a person qualified to administer oaths on Thursday, September 7, 2006, at 10:00 A.M. and to continue from day to day until completed at the offices of Plaintiff's counsel, Motley Rice LLC, 321 South Main Street, 2nd Floor, Providence, RI 02903.

You are invited to participate as allowed.

Respectfully submitted,
Plaintiff,
TRINITY REPERTORY COMPANY

By and through its attorneys,

/S/ John J. McConnell, Jr.
John J. McConnell, Jr. (#3016)
**MOTLEY RICE LLC**
321 South Main Street
P. O. Box 6067
Providence, RI 02940-6067
(401) 457-7700
(401) 457-7708 Fax

Dated: August 4, 2006

**Certificate of Service**

I hereby certify that a true copy of the within Notice of Deposition was sent via first class mail, postage prepaid, on this __4th__ day of August, 2006 to counsel of record for the defendants, Stacey P. Nakasian, Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903 and to Esquire Deposition Services, 10 Weybosset Street, Providence, RI 02903.

_/S/ Kay Stanelun_______________