UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Trinity Repertory Company,<br>Plaintiff, | ) | |
| v. | ) | CA No. 06-169 |
| J. Daniel Lugosch III, a/k/a Daniel J. Lugosch,<br>Defendant. | ) | |

**REQUEST FOR PRODUCTION TO THE DEFENDANT, J. DANIEL LUGOSCH**

1. A copy of all closing documents from the sale of Providence Place Mall in 2004.

2. A copy of all ledger sheets, escrow forms, and account registrations from all escrow accounts concerning the sale of Providence Place Mall in 2004.

Respectfully submitted,
Plaintiff,
TRINITY REPERTORY COMPANY

By and through its attorneys,

John J. McConnell, Jr. (#3016)
**MOTLEY RICE LLC**
321 South Main Street
P. O. Box 6067
Providence, RI 02940-6067
(401) 457-7700
(401) 457-7708 Fax

Dated:

**Certificate of Service**

I hereby certify that a true copy of the within Request for Production to the Defendant, J. Daniel Lugosch was sent via first class mail, postage prepaid, on this 8th day of August, 2006 to counsel of record for the defendants, Stacey P. Nakasian, Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Kay Stanelum