## Edgar Dobie

| | |
|---|---|
| **From:** | Edgar Dobie |
| **Sent:** | Wednesday, December 10, 2003 11:54 AM |
| **To:** | Steve Sorin |
| **Subject:** | RE: latest draft - pell chafee, for the mayor & lugosch |

dear steve---this seems ok to me. thanks---edgar

-----Original Message-----
**From:** Steve Sorin
**Sent:** Wednesday, December 10, 2003 9:05 AM
**To:** Oskar Eustis (E-mail)
**Cc:** Edgar Dobie (E-mail); Jennifer Cox (E-mail)
**Subject:** latest draft - pell chafee, for the mayor & lugosch
**Importance:** High

how's this?

steve

<< File: pcpc1.doc >>