*John C. Charters*

*Commonwealth Development Group, LLC*

*100 River Ridge Drive • Suite 306*

*Norwood, MA 02062*

*Telephone: (781) 255-7788 x 102 • Fax: (781) 255-7707*

*JHNCHRT@aol.com*

**TRINITY REPERTORY COMPANY**

**Oskar Eustis**
*Artistic Director*

**Edgar Dobie**
*Managing Director*

**Eugene Lee**
*Resident Designer*

201 Washington St.
Providence, RI
02903-3297

Tel. (401) 521-1100
Fax (401) 521-0447
(401) 751-5577
www.trinityrep.com
info@trinityrep.com

July 23, 2004

John C. Charters
Commonwealth Development Group, LLC
100 River Ridge Drive, Suite 306
Norwood, MA 02062

Re: Trinity Rep Proposal to Commonwealth Development Group

Dear John,

I am pleased to enclose a hard copy of our proposal, which was emailed to you this morning. Also enclosed are support materials which were not available to send in an email format.

Please do not hesitate to contact me at 401-521-1100, extension 231, or 401-952-5595 if you have any questions prior to your partners' meeting.

We all look forward to hearing from you after August 4, 2004.

Thanks and best regards,

Edgar

Edgar Dobie

ED/ej

Enclosures

# The Pell Chafee Performance Center

## A Much-Needed New Facility for Downcity Providence

Proposal to Commonwealth Development Group, LLC
July 23, 2004



Trinity Repertory Company
201 Washington Street
Providence, RI 02903
(401) 521-1100

## Request

Trinity Repertory Company respectfully requests a grant of $1,000,000 to support the construction and outfitting of the Pell Chafee Performance Center, a new theater facility that will serve the people of Southern New England.

## Project History

In June 2000, Citizens Bank and Trinity Repertory Company announced that the Bank would give Trinity Repertory Company the gift of its closed downtown branch at 87 Empire Street and that Trinity Rep would convert the building into a much-needed new community resource to be known as the Pell Chafee Performance Center and Citizens Bank Theater.

The deed to the building was transferred on December 31, 2001, a few short months after another major announcement, that Trinity Rep and Brown University were collaborating to launch major new masters and doctoral programs in acting, directing, playwriting, and theater studies. The combination of a nationally recognized, Tony Award-winning theater company with a university and a theater department of the first rank offers opportunities and resources to realize a thrilling range of artistic visions and attract students of the highest caliber. This fall, the program will be fully populated with students in their first, second, and third years of MFA studies. We plan to expand the Consortium to include design and technical degrees with Rhode Island School of Design and Rhode Island College.

Announcing the Consortium's creation accompanied the expansion of Trinity Rep's fundraising goals to $25.5 million, to build the Pell Chafee Performance Center; to fund new artistic, education, and community program programs, including the new school with Brown; for improvements in Trinity Rep's other facilities: the Lederer Theater Center (home to the Chace Theater and the Dowling Theater) and the Harkness Building at 46 Aborn Street (home to administrative offices, Conservatory studios, and a rehearsal hall); and for endowment growth. The campaign closed on December 18, 2003, having raised $27 million. Gifts that were specifically targeted for the Pell Chafee Performance Center, totaling $4.6 million (including the value of the building), allowed us to begin construction in January.

## Building Details

Trinity Rep is working to convert a former bank branch building into a performance and educational center. Built in the Classical Revival style in 1923, the building is approximately 8,400 square feet with monumental facades on Empire and Aborn Streets. With large arched windows, the main banking hall retains much of the detailed cornice and the fifty-foot high vaulted coffered ceiling. Much of the original architectural details will be preserved and highlighted within the environment of the new center.

Plans for the space involve converting the main floor into a performance space with flexible seating for up to 250 people and dividing the basement level into twelve studio spaces of varying

size. The facility will serve as home to Trinity Rep's wide-reaching education and training programs, both K-12 and graduate levels, and will provide an additional stage for artistic and community programming.



Interior Demolition reveals the vaulted ceiling at the Pell Chafee Performance Center
Spring 2004

The construction and outfitting of the Pell Chafee Performance Center and Citizens Bank Theater will cost $4.6 million. We have already raised $3.6 million. A gift from Commonwealth Development Group would ensure the project's completion for a January opening.

Pell Chafee Performance Center – Sources of Funding

| | |
|---|---|
| $1,300,000 | U.S. Dept. of Housing & Urban Dev. (federal appropriations) |
| $857,000 | City of Providence / CDBG |
| $300,000 | The Rhode Island Foundation |
| $100,000 | The Champlin Foundations |
| + $1,043,000 | Various Individuals |
| $3,600,000 | Total Cash and Pledges Raised to Date |

## Programming

Education has always been central to Trinity Rep's mission, and the theater has the distinction of having one of the oldest theater education programs in the country. Project Discovery was instituted in 1966, just two years after the theater's inception. Through its comprehensive education initiatives, we have served more than one million of Rhode Island's students over the last thirty-eight years. In 1977, our education efforts expanded to the graduate level when the Trinity Rep Conservatory was established to help guide the new generation of actors and directors with training in the environment of a professional producing theater. In 1998, the program began offering MFA degrees through Rhode Island College. Four years later, the Brown University/Trinity Rep Consortium was born – the first class of students will receive their MFAs in acting or directing next spring.

Last summer, Trinity Rep created one its most exciting new youth programs since the advent of Project Discovery in 1966. The Textron Young Actors Studio is a comprehensive set of arts enrichment classes and workshops, for students in kindergarten through twelfth grade, that includes summer programming at Trinity Rep, after-school classes at Trinity Rep, after-school classes at schools and non-profit organizations, and three-day free-of-charge outreach workshops to underserved children and youth at non-profit organizations throughout Rhode Island. This was the theater's first attempt at creating year-round programming for K-12 students (we had not worked with students over the summer before), and it was wildly successful.

The Textron Young Actors Studio summer program, designed to emphasize the artistic process, performance technique, discipline, and creative expression, offers quality arts learning classes to a much broader age-range of students than had been served by Trinity Rep's education programs in the past. In a fun and creative atmosphere, students spend the month of July developing skills in public presentation, ensemble work, text analysis, and written and oral communication. Five curriculum levels, divided by grade, are offered: K-1st grade, 2nd–3rd grades, 4th- 6th grades, 7th-8th grades, and 9th-12th grades.

Currently the Young Actors Studio summer and after-school classes compete for space within the theater's Washington and Aborn Street facilities. Both buildings have studios and rehearsal halls, but with new play readings and workshops, rehearsals, and voice and movement classes, occasionally space is tight and classes must move to a different area. The Pell Chafee Performance Center, with its twelve studios and performance area, will give the Young Actors Studio and our other K-12 education programs a home. Students will have a consistent space in which to work and perform, and will have the opportunity to interact with our graduate level students, who will also have classes, lessons and performances in the Pell Chafee Performance Center.

For the graduate students, the building will serve as a theater laboratory, where they can test their ideas and develop their skills. Scene work and directing projects, as well as classes will take place in the facility, ensuring that the Pell Chafee Performance Center will be bustling with activity at all times during the day.



Youth at a local community center show off the products of their creative workshop with Trinity Rep teaching artists. Trinity Rep's education programs serve 40,000 area students each season

In addition to housing Trinity Rep's educational programs, the theater plans to use the space to host readings and workshops of plays in development. With the facility open, Trinity Rep will have the opportunity to diversify its own offerings with activities such as public readings of new works and booked-in artist and ensemble tours.

The Pell Chafee Performance Center and Citizens Bank Theater will also be made available to various Rhode Island arts, education and community groups for their activities. Organizations such as Big Nazo Puppets and Everett Dance Theater, which do not have performance spaces of their own, and our neighbors, AS220 and Perishable Theatre, are among those organizations that could benefit from this new facility. We have also been in conversation with ECAs (a local Latino theater company), FirstWorks Providence and the organizers of the Youth First International Arts Festival about how they could use the Pell Chafee Performance Center for their events.

## Impact on Providence

An arts and entertainment district within Downtown Providence has begun to emerge, and the Citizens Bank building represents a prime location for the continued establishment of this district. As the largest arts institution in Rhode Island, Trinity Rep is uniquely qualified to create a thriving artistic venue out of this abandoned historic property. Cities thrive when people and businesses are drawn to downtown business districts. Arts and culture are essential to any successful metropolis because they draw large numbers of people into their area. Theaters encourage tourism, restaurant patronage, hotel occupancy, and sustain many other local businesses. The rehabilitation of this space will encourage foot traffic and patronage of the

surrounding businesses, thereby enhancing the commercial and cultural economic base of downtown Providence.

## Broadening Commonwealth Development Group's Legacy

Commonwealth Development Group has done great things for the City of Providence already. The positive economic effects of the Providence Place Mall are undeniable and can be felt throughout Downcity. Your company has a lot to be proud of.

Now, Commonwealth Development Group has the opportunity to extend its impact into the old Downcity to positively affect the state's largest arts organization and the organizations, families and students that we serve. A gift of $1,000,000 to complete the construction and outfitting of the Pell Chafee Performance Center and Citizens Bank Theater would have an enormous impact on the theater and the educational opportunities available in our state.

Understanding that your company wants to strengthen its legacy in our community, Trinity Rep would be prepared to celebrate your gift of $1,000,000 in a variety of ways:

- **Option 1:** Commonwealth Development Group could have a stand-alone plaque in the Pell Chafee Performance Center's donor recognition area. With a plaque designed by world-renowned Malcolm Grear Designers, your company would be honored alongside Senator Claiborne Pell and Senator John H. Chafee, for whom the building is named.

**OR**

- **Option 2:** Commonwealth Development Group could name the front lobby at the Lederer Theater Center (201 Washington Street). Built in 1917 as Emery's Majestic Theater, the building features opulent Beaux Arts detailing, from marble-trimmed staircases to gilt lighting fixtures. Whether they're seeing a show, attending a workshop, or making a delivery, everyone who comes to Trinity Rep enters through the front lobby. Approximately 200,000 people pass through the front lobby each year. Commonwealth Development Group's chosen name for the lobby would be displayed on a prominent plaque in the front lobby and would be immediately adopted into the theater's literature and parlance.

**OR**

- **Option 3:** Commonwealth Development Group could name the upstairs lobby at the Lederer Theater Center (201 Washington Street). The upstairs lobby is a popular gathering area for patrons attending shows in both theaters. While more convenient for those attending a performance in the Chace Theater, those familiar with the building will often pull up a chair in the upstairs lobby as they wait for their show in the Dowling Theater to begin. The upstairs lobby provides a fine view of the original stained glass dome that caps off the open balcony to the downstairs lobby, has a large bar, and comfortable patron seating area. It is also a regular site for pre- and post-show receptions

and cast parties. Commonwealth Development Group's chosen name for the lobby would be displayed on a prominent plaque in the front lobby and would be immediately adopted into the theater's literature and parlance.

We are happy to discuss the above options with you in greater detail, or review alternate means of recognition, if you so choose. Of course, any of the above options would be accompanied by extensive publicity – a dedication ceremony or press conference, press releases, photo opportunities, and other public means of celebrating your commitment to Trinity Repertory Company and the arts and arts education in our state.

## Appendix 1: Mission Statement

Trinity Rep is a theater that tells stories to the people, about the people, for the people; a company that provides a home for artists dedicated to their work and their community; a group of artists committed to the creation of new work for a new age; and an educational resource that gives our children ownership of the world's great dramatic heritage.

## Appendix 2: A Brief History of Trinity Rep

In 1962, a group of citizens got together to create a professional theater company for Rhode Island. They believed that theater lovers in our state should not have to travel to New York or Boston for high-quality productions of the classics and the best contemporary American and European theater. They envisioned not occasional visits from Broadway stars, but a resident company of professional actors who would make their homes in Rhode Island, polishing the skills and relationships that would raise the level of their acting to the finest.

Performing in a makeshift theater space in a Providence church, running the "box office" out of their own homes, they founded Trinity Square Repertory Company in 1963 and began producing plays in 1964. In a major coup for the founders, renowned director Adrian Hall agreed to become Trinity Rep's Artistic Director. Mr. Hall's exciting, uniquely accessible style of performance broke down the established barriers between actors and audience, and is still echoed 38 years later at Trinity Rep.

Trinity Rep caught on like wildfire with audiences and critics alike, performing nearly year-round within the first few seasons, and signing up hundreds, then thousands, of season subscribers.

In 1966, Trinity Rep was one of only three theater companies selected by the National Endowment for the Arts and the United States Office of Education to participate in a groundbreaking three-year grant of $1.5 million for an education outreach program that we named Project Discovery. When the three-year grant was exhausted, Trinity Rep was the only one of the three original theaters to shoulder the financial burden and continue its commitment to introducing the next generation to live theater. Over the last 38 years, more than a million students have participated in this program, seeing special daytime performances of mainstage productions, complete with classroom study guides, backstage tours, and hands-on workshops with theater staff. Project Discovery, now sponsored by Fleet, has expanded in the past several seasons, launching internship programs, Theater Ambassadors and the Textron Young Actors Studio to add another dimension to Trinity Rep's educational outreach efforts.

In 1968, Trinity Rep was the first American theater company to perform at the Edinburgh International Festival in Scotland. In 1973, the company moved to its current home, the Lederer Theater Center. Formerly known as the Majestic Theatre, the historic building houses two performance spaces: the 500-plus seat Elizabeth and Malcolm Chace Theater and the 284-seat Sarah and Joseph Dowling, Jr. Theater, as well as offices, production shops, rehearsal halls, and studios. Increasing its national prominence, the company produced four television productions for PBS, and toured to India, Syria, and around the United States. In 1981, Trinity Rep received one of theater's highest national honors, the Tony Award for Outstanding Regional Theater Company.

In 1977, the Trinity Rep Conservatory was founded to guide the new generation of actors and directors with training in the environment of a professional producing theater. The Conservatory has granted the MFA degree through Rhode Island College since 1998. In June 2001, the Conservatory and Brown University formed a partnership to create new masters and doctoral programs in theater. This fall the program will be fully enrolled with first-, second-, and third-

year acting and directing students working towards their MFAs. The Brown University/Trinity Rep Consortium is currently in negotiations to expand to include design and technical degrees with Rhode Island School of Design and Rhode Island College.

Adrian Hall led the company until 1989. He was succeeded by Anne Bogart (1989-1990) and Richard Jenkins (1990-1994). Oskar Eustis became Artistic Director in 1994. Perhaps best known for commissioning and nurturing the Tony and Pulitzer Prize-winning *Angels in America*, Mr. Eustis has an international reputation as both a director and dramaturg, and is a major force in new play development.

The upcoming 2004-2005 season will be Oskar Eustis's eleventh as Artistic Director at Trinity Rep. During his tenure, the theater has doubled its annual audience; quadrupled its subscription sales (to more than 10,000 each year); more than doubled its annual budget (from $3.5 million to $8.1 million); embarked on and completed a $25.5 million capital campaign; retired its debt; started to build an endowment; formed a Consortium with Brown University to provide graduate training in theater arts; made many capital improvements; expanded our K-12 educational programs; launched many audience outreach initiatives; and attracted national and international attention with its accomplishments.

Edgar Dobie joined Trinity Rep as Managing Director in September 2001. With roots in nonprofit theater management, Mr. Dobie is a successful commercial theater producer. He worked in the nonprofit theater from 1979 to 1988, notably as founding managing director of Toronto's Canadian Stage Company, and general manager of CentreStage and National Arts Centre, English Theatre; and as general manager of the New Play Centre and Waterfront Theatre in Vancouver. He spent two years as vice president for the Live Entertainment Division of Cineplex Odeon and become senior vice president when the division was reformed as The Live Entertainment Corporation (Livent). From 1992-1997, he was president of Andrew Lloyd Webber's The Really Useful Company, Inc., overseeing all North American operations. He formed Edgar Dobie, Inc. and Watt Dobie Productions, LLC, as an independent producer in New York in 1997.


nent of Theatre,
and Dance
nity
pertory
mpany
e Island's
l-class
re company
Graduate
Programs
n Theatre


rinity Reper
ompany
2004–2005
"American
eater at its
best!"
–BOSTON GLOBE


education
programs
for kids


TEXTRON
YOUNG
ACTORS
STUDIO



Internal Revenue Service

District
Director

Department of the Treasury

10 MetroTech Center
625 Fulton Street
Brooklyn, NY 11201

Date: JAN 12 1995

Person to Contact:
Patricia Holub
Contact Telephone Number:
(718) 488-2333
EIN: 22-2547262

Trinity Repertory Company
201 Washington Street
Providence, RI 02903-3226

Dear Sir or Madam:

Reference is made to your request for verification of the tax exempt status of Trinity Repertory Company.

A determination or ruling letter issued to an organization granting exemption under the Internal Revenue Code remains in effect until the tax exempt status has been terminated, revoked or modified.

Our records indicate that exemption was granted as shown below.

Sincerely yours,

(Patricia Holub)
Patricia Holub
Manager, Customer
Service Unit

Name of Organization: Trinity Repertory Company

Date of Exemption Letter: November 1984

Exemption granted pursuant to section 501(c)(3) of the Internal Revenue Code.

Foundation Classification (if applicable): Not a private foundation as you are an organization described in sections 509(a)(1) and 170(b)(1)(A)(vi) of the Internal Revenue Code.