




## FREE Article Preview

**Satisfaction guaranteed!** If you're not completely satisfied with your purchase, visit myPQA.

**Click to purchase complete document:**
$ Buy Full Text

# Rouse to buy Providence Place for $522 million; [All Edition]

***PAUL GRIMALDI Journal Staff Writer*. The Providence Journal**. Providence, R.I.: Feb 4, 2004. pg. A.01

| | |
|---|---|
| Companies: | Providence Place (NAICS: 531120 ), Rouse Co (Ticker:ROUS, NAICS: 233110, 525930, 233320, 531120, Sic:1531, 6798, 6512, 6552, Duns:00-190-9852 ) |
| Section: | *News* |
| Text Word Count | 992 |
| Document URL: | |


## Abstract (Document Summary)

"Rouse is more known as a community developer rather than as a regional mall owner," said Arthur Oduma, an analyst with Morningstar, a stock-market and financial analysis company. "The mall to them is just a centerpiece. They like to use the mall as the center of their community development."
[David L. Tripp] said Rouse looks to buy high-end retail properties with above-average retail sales. The ...


**Click to purchase complete document:**
$ Buy Full Text

ProQuest Archiver

Copyright © 2006 The Providence Journal Company




Class
cars
Find
Find
Sell
hom
Resic
Rent
Sear
listin

Table of Contents

**Home page**
About Providence
Bulletin Boards
Calendar
Digital Extra
Seasonal

DatingCenter
HomeCenter
JobCenter
MoveCenter
TicketCenter

Health
Lottery
Massachusetts
Metro
Northwest
Obituaries

Editorials
Letters
Weblogs

**Sports**
B-Bruins

P-Bruins
PC
Red Sox
URI

**Your Life**