Page 1 of 1

**Jennifer Cox**

---

**From:** JSCMMcC@aol.com

**Sent:** Thursday, July 22, 2004 5:34 PM

**To:** Jennifer Cox

**Cc:** Edgar Dobie

**Subject:** Re: TRC proposal to Commonwealth - please review

Greta job -- just a few suggestions:

1. I would delete the "(valued at $1 million)" form the third line under Project History (they may think: "Why should Citizen give a million and get the Theater named after them and not Commonwealth"); similarly, I would delete the "$1 million" form the paragraph right under the picture of the theater under construction;

2. I would delete the first paragraph under Impact on providence. I am not sure how they see Providence Place Mall and its impact. I want to make sure that we don;t challenge whatever perception they may have;

3. Under Option 1: I would delete the last phrase beginning with "as well as the project's . . . " This seems it minimize their contribution; And I would add some descriptive word before "plaque" at the beginning (like "unique" o "stand alone" or something like that.

Again, nice nice job!

Jack