**Steve Sorin**

**From:** McConnell, Jack [jmcconnell@motleyrice.com]
**Sent:** Thursday, July 22, 2004 8:11 AM
**To:** jhnchrt@aol.com
**Cc:** Edgar Dobie

MOTLEY RICE LLC ATTORNEYS AT LAW

John -

I just wanted to thank you for arranging the meeting yesterday at Trinity. I hope that we were able to convey the excitement that we all feel about the possibility of the Lugosch/Commonwealth donation and our ability to build and open a first-class third stage for Trinity's new work.

Let me know if you need any further information.

If you find yourself in Providence again please be in touch and we can explore some other corners of the city where you are liable to be as popular!) If I can ever be of assistance to you, fell free to be in touch. Thanks again.

Jack

**John J. McConnell, Jr.**
**Motley Rice LLC**
**321 South Main St. #402**
**P.O. Box 6067**
**Providence, R.I. 02940-6067**
**401-457-7711**
**401-457-7708 FAX**
**jmcconnell@motleyrice.com**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.