**Edgar Dobie**

---

**From:** Edgar Dobie
**Sent:** Thursday, June 02, 2005 5:19 PM
**To:** Steve Sorin
**Subject:** RE: Meeting w the Mayor (Notes)

Dear Steve---this all seems accurate save Jack was going to make the initial contact with Don. best---Edgar

-----Original Message-----
**From:** Steve Sorin
**Sent:** Thursday, June 02, 2005 4:10 PM
**To:** Jack McConnell (E-mail); Edgar Dobie (E-mail)
**Subject:** Meeting w the Mayor (Notes)

Jack, Edgar - are the notes below an accurate representation of our meeting?

Steve

---

City of Providence & Pell Chafee Pledge

Meeting Notes from 6/1/05 Meeting with Mayor Cicilline

Attending: The Mayor (in his office), Mike Mello, Amintha Cinotti, Jack McConnell (thanks, Jack, for organizing the meeting), Edgar Dobie, and Steve Sorin

Edgar described how close we are to opening, and noted the cash flow problems caused by the City Council cuts last year and this year. Told the Mayor of our Citizens Bank loans, sharing the Lugosch ten-year payment plan not being started, including the issue of name placement on the building.

At that, the Mayor expressed shock and anger. It was his understanding that Lugosch had put $1 million in escrow with Richard Licht's law firm, to be paid in a single installment upon our gift arrangement with Lugosch and the Mayor's signing off on Lugosch's sale of the mall. The Mayor asked Mike Mello to follow-up.

The Mayor also noted that he would ask the Providence Economic Development Partnership to provide us a loan equivalent to the City's balance due for Pell Chafee ($679,750). This would be a no-interest or very low interest loan, paid back over an indefinite and open period of time (payments to coincide with grants made by the City Council via CDBG). This loan

would give us the wherewithal to pay off Citizens, and the Lugosch $ (if paid) would wipe out all other indebtedness.

Edgar to follow-up with Don Eversly at PEDP.

SS, 6/2/05

Steve Sorin
Director of Development & Institutional Advancement
Trinity Repertory Company
201 Washington Street
Providence, RI 02903

401-521-1100 x238
ssorin@trinityrep.com