**Steve Sorin**

**From:** McConnell, Jack [jmcconnell@motleyrice.com]
**Sent:** Thursday, August 11, 2005 8:07 PM
**To:** Steve Sorin; Edgar Dobie
**Subject:** FW: RE: Trinity

-----Original Message-----
From: Michael Mello [mailto:Mmello@providenceri.com]
Sent: Thu Aug 11 19:45:27 2005
To: McConnell, Jack
Cc: David Cicilline
Subject: RE: Trinity

spoke to Richard, he got the message and will get back to me

-----Original Message-----
From: McConnell, Jack [mailto:jmcconnell@motleyrice.com]
Sent: Thursday, August 11, 2005 11:32 AM
To: Michael Mello; David Cicilline
Subject: RE: Trinity

you are the best -- thank you and sorry to bother you with this Mike

-----Original Message-----
From: Michael Mello [mailto:Mmello@providenceri.com]
Sent: Thursday, August 11, 2005 11:30 AM
To: David Cicilline; McConnell, Jack
Subject: RE: Trinity

have a call into Richard on his cell phone and told him I need to speak to him about Trinity and Lugosch. I understand my directive and will work on it diligently.
M

-----Original Message-----
From: David Cicilline
Sent: Thursday, August 11, 2005 10:44 AM
To: 'McConnell, Jack'; Michael Mello
Subject: RE: Trinity

Mike,

Just a reminder. I agreed to sign the document necessary for the sale of the Providence Place Mall conditioned on Lugosch's agreement to make the payment immediately. In fact, the million dollars was placed in an escrow account with Richard Licht to avoid precisely this problem and Richard should understand his obligation to fulfill this committment pursuant to our agreement. Thanks.

The Mayor

-----Original Message-----
From: McConnell, Jack [mailto:jmcconnell@motleyrice.com]
Sent: Thursday, August 11, 2005 10:17 AM
To: Michael Mello
Cc: David Cicilline
Subject: Trinity

ike --

oy do I hate to bother you but I don't know what else to do. As you know we have been having lots-o-trouble getting Dan Lugosch's $1 illion for Trinity. H pledged it over a year ago -- we have a signed letter from him.

lso, as I've told you he jerked us around about a payment schedule and got Trinity to agree to a ten year pay out of the $1 million. Then he rked us around on the signage on the building -- we had proposed that the "Pell-Chafee Performance Center" be up top in the middle and that ne side have the "Citizens Theatre" and the other side have the "Lugosch Family Educational Center" -- all in the same size and beautiful yle. He objected to this and said his name had to be in the middle and up on top of everyone else's. After much consternation and angst, we greed to put his name in the middle up top -- but (pursuant to the suggestion of the Mayor) said that we therefore needed his money nmediately - and not a ten year pay-out.

/ell, needless to say we have not heard from him (actually Edgar only deals with John Charters - his lawyer) at all. Sadly, this is causing a najor major cash-flow problem over at Trinity (particularly when combined with the lack of CBDG funding).

'ould you please intervene, again, with Richard Licht and see if we can't finalize this and end the pain.

'hanks for anything you can do.

ack

ohn J. McConnell, Jr.
/lotley Rice LLC
21 South Main St.
'.O. Box 6067
'rovidence, R.I. 02940-6067
l01-457-7711
l01-457-7708 <<motleyrice.gif>> FAX
<mailto:jmcconnell@motleyrice.com> jmcconnell@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.