**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRINITY REPERTORY COMPANY<br>Plaintiff | : | |
| | : | |
| vs. | : | Case No. 06-169S |
| | : | |
| J. DANIEL LUGOSCH, III, a/k/a<br>DANIEL J. LUGOSCH<br>Defendant | : | |

**DISMISSAL STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that this action may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear its own costs.

Plaintiff
TRINITY REPERTORY COMPANY
By its attorney

/s/ John J. McConnell, Jr., Esq.
John J. McConnell, Jr., Esq. (#3016)
MOTLEY RICE, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
(401) 457-7700 – Ph
(401) 457-7708-Fax

Defendant,
J. DANIEL LUGOSCH, III
By his attorney,

/s/ Stacey P. Nakasian, Esq.
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Ph
(401) 455-0701 – Fax

Dated: October 3, 2006